UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 19-60301-CR-SINGHAL(s)

UNITED STATES OF AMERICA

vs.

STEPHANIE ORUE,
        Defendant.
_____/

## FACTUAL PROFFER

The United States Attorney's Office for the Southern District of Florida and Stephanie Orue ("defendant"), hereby agree that, had this case proceeded to trial, the United States would have proven beyond a reasonable doubt the following facts, which occurred in the Southern District of Florida and elsewhere, among other additional facts:

On September 13, 2018, a traffic stop was conducted on Jonael Mons, one of the charged co-defendants, in Miami-Dade County. A search of his vehicle yielded ten counterfeit driver's licenses in different names but bearing Mons' picture, ten counterfeit vehicle insurance cards, over $7,000 in U.S. currency, and six cellular telephones. Three unopened mail parcels were recovered from the back seat of Mons' vehicle. The two large boxes, showing an origination location of the Mail Max in Oakland, California, contained a total of 40.25 lbs. (18 kilograms) of marijuana. The smaller box originated in South Korea and after testing by a DEA chemist was determined to contain 1.5 kilograms of powdered testosterone cypionate, an anabolic steroid and Schedule III controlled substance.

One of the iPhones seized from Mons contained a text message thread between Mons, Christopher Espinosa, and Luis Del Pino beginning on June 25, 2018. Del Pino sent Mons a screenshot of an email from an individual in China containing nine names and a Chinese address.

Del Pino tells Mons to send $1,900 to each name. Mons later sends Del Pino transaction information for all nine payments made via Western Union. (The names listed as senders of the nine payments were names on counterfeit driver's licenses later found in Mons' possession.) HSI TFO James White performed an internet search for the Chinese address from the above referenced email. The search results linked that address to Zhuhai Yuancheng Pharmaceutical & Chemical Co., which specializes in manufacturing and exporting pharmaceutical chemicals including anabolic steroids. The contents of emails located in the phone's data also indicated the outbound payments to China were for the purchase of chemicals used to manufacture steroids.

On October 2, 2019, a search warrant was executed at the home of Luis Del Pino. Stephanie Orue was present inside the home. During execution of the warrant, officers located, among other things, $67,102 in cash, a cabinet filled with 13 bottles and several additional glass vials labeled with the names of different anabolic steroids including oxandrolone, stanozolol, trenbolone acetate and testosterone propionate, a second cabinet containing numerous bottles and vials marked with the names of anabolic steroids, a money counter and a box of unused currency bands, and a vacuum sealer. In Orue's purse, officers located one authentic Florida driver's license in Orue's name, 5 counterfeit Florida driver's licenses and 5 counterfeit Georgia driver's licenses containing Orue's picture and various names and addresses. The Florida Department of Highway Safety and Motor Vehicles confirmed the 5 Florida driver's licenses are not authentic. An investigator for the Georgia Bureau of Driver's Licenses also confirmed the Georgia licenses are not authentic. Records obtained from Western Union show that all of the counterfeit Florida IDs and 3 of the counterfeit Georgia IDs were used to make nine wire transfers totaling $10,266 to individuals in China between September 11, 2019 and September 25, 2019. These transactions were conducted

at various Walgreens and Publix locations in Miami-Dade County. Surveillance video retrieved from several Publix stores captured Orue conducting those transactions.

Date: 10/5/20     By: _____
                      ANITA G. WHITE
                      ASSISTANT UNITED STATES ATTORNEY

Date: 9-30-20    By: _____
                      JACOB COHEN
                      ATTORNEY FOR DEFENDANT

Date: 9/30/20    By: _____
                      STEPHANIE ORUE
                      DEFENDANT