UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 19-6031-CR-SINGHAL

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

STEPHANIE ORUE,

    Defendant.
_____/

### FINAL OBJECTIONS TO THE DRAFT PRESENTENCE INVESTIGATION REPORT

The Defendant, **Stephanie Orue**, by and through her undersigned counsel, respectfully submits the following legal objections to the Presentence Investigation Report ("PSI" or "Report"):

**A. Legal Objection to the PSI:**

1. **Paragraph 84**: Ms. Orue objects to the claim that there is no downward adjustment within the framework of the guidelines for her limited participatory role in the money laundering scheme in this case. The interplay of §3B1.2 and Application Note 2C of §2S1.1 arguably allows the Court to downwardly adjust Ms. Orue's advisory guideline range based on her limited participatory role in the money laundering component of this case. This argument is more fully developed in the final paragraph of Section II of Ms. Orue's variance request even though this adjustment argument is based on a downward departure ground.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on <u>December 30, 2020</u>, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties, either via transmission of Notices

of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                      Respectfully submitted,

                                      JACOB A. COHEN, ESQ.
                                      Law Offices of Jacob A. Cohen, PLLC
                                      750 South Dixie Highway
                                      Boca Raton, FL 33432
                                      Telephone 561-715-7866
                                      E-mail – jacob@jacobcohenlaw.com

                                  By: /s/ Jacob A. Cohen, Esq.
                                        Jacob A. Cohen, Esq.
                                        Fla. Bar No. 0162530